IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| MIGUEL ACOSTA, | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | EP-22-CV-00417-FM-ATB |
| | § | |
| JO ANNE B. BARNHART, | § | |
| COMMISSIONER OF THE SOCIAL | § | |
| SECURITY ADMINISTRATION, | § | |
| Defendant. | § | |

## ORDER GRANTING APPLICATION TO PROCEED *IN FORMA PAUPERIS*

On this day, the Court considered Plaintiff's "Motion to Proceed *In Forma Pauperis*" and the attached "Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form)" filed by Plaintiff Miguel Acosta on November 9, 2022. (ECF No. 1). The case was assigned to United States District Judge Frank Montalvo and referred to this Court pursuant to the "Standing Order Referring Social Security Cases" dated October 16, 2003. After due consideration, the Court is of the opinion that Plaintiff's application should be **GRANTED**.

Accordingly, the Court enters the following **ORDERS:**

1. The Court **GRANTS** Plaintiff's Motion to Proceed *In Forma Pauperis* (ECF No. 1).

2. The Court **ORDERS** the District Clerk to file Plaintiff's civil complaint (ECF No. 1-1), without prepaying costs or fees.

3. The District Clerk **SHALL FURNISH** the United States Marshal with copies of the Complaint, the Summons, and the Order granting leave to proceed *in forma pauperis*, and the Marshal shall **SERVE** the same upon the following:

| United States Attorney<br>601 N.W. Loop 401,<br>Ste 600<br>San Antonio, TX 78216 | United States Attorney General<br>Constitution Ave &<br>10th St. N.W.<br>Washington, D.C. 20530 | Office of General Counsel<br>Region VI<br>Regional Chief Counsel<br>1301 Young Street,<br>Ste A702<br>Dallas, TX 75202 |
|---|---|---|

All costs of service shall be advanced by the United States.

**SIGNED** and **ENTERED** this 10th day of November, 2022.

_____
**ANNE T. BERTON**
**UNITED STATES MAGISTRATE JUDGE**